Matthew J. Sekits, WSBA #26175
E-mail: matthew.sekits@bullivant.com
BULLIVANT HOUSER BAILEY PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Attorneys for Defendant Factory Mutual
Insurance Company

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| WASHINGTON STATE UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY, a Rhode Island corporation,<br><br>    Defendant. | No.: 2:21-cv-00243<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FACTORY MUTUAL INSURANCE COMPANY |

Defendant Factory Mutual Insurance Company submits this Corporate Disclosure Statement under FRCP Rule 7.1(a). Defendant certifies that it has no parent corporation and no publicly held corporation owns 10% or more of the stock of Defendant. Defendant states that it is a mutual company and is not a publicly held corporation.

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
FACTORY MUTUAL INSURANCE COMPANY [2:21-CV-00243]

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: August 12, 2021

BULLIVANT HOUSER BAILEY PC


By */s/ Matthew J. Sekits*
Matthew J. Sekits, WSBA #26175
E-mail: matthew.sekits@bullivant.com

Attorneys for Defendant Factory Mutual Insurance Company

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

*Attorneys for Plaintiff:*

Seth Row
Miller Nash Graham & Dunn LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland OR 97204
Email: seth.row@millernash.com

K. Michael Fandel
Miller Nash Graham & Dunn LLP
Pier 70
2801 Alaskan Way, Ste. 300
Seattle, WA 98121-1128
Email: Michael.fandel@millernash.com

Dated: August 12, 2021.

*/s/ Sally Gannett*
Sally Gannett, Legal Assistant

4812-2430-5654.1